|  |  |
|---|---|
| MICHELLE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>THE AMERICAN BOARD OF PEDIATRICS,<br><br>        Defendant. | Case No. 16-cv-03431-WHO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

This case was filed on June 20, 2016.  On June 28, 2016, I denied plaintiff's motion to proceed in forma pauperis in light of plaintiff's substantial income and assets.  Dkt. No. 6.  Since that time, plaintiff has not paid her filing fee or otherwise taken any action to prosecute this case.

Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to pay the filing fee and failure to prosecute.  Plaintiff may satisfy this Order to Show Cause by paying her filing fee on or before **September 30, 2016**.  If she fails to pay the filing fee by that date, this case shall be dismissed without prejudice for failure to prosecute and failure to comply with the Court's order.  Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: September 16, 2016



WILLIAM H. ORRICK
United States District Judge